UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael Moorefield,              )
   Plaintiff,                    )
                             )
v.                               )
                              ) Civil Action No. 26 CV 0623
                             )
American Express National Bank,  )
   Defendant.                    )

## COMPLAINT

Plaintiff does not demand a trial by jury and respectfully requests that this matter be tried by the Court.

(Fair Credit Reporting Act – 15 U.S.C. § 1681)
Plaintiff Michael Moorefield ("Plaintiff"), proceeding pro se, for his Complaint against Defendant American Express National Bank ("Defendant" or "American Express"), alleges as follows:

### I. JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.
2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.
3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2) because Defendant is subject to personal jurisdiction in this District and a substantial part of the events or omissions giving rise to the claims occurred within this District.

### II. PARTIES

4. Plaintiff Michael Moorefield is a natural person and resident of McKeesport, Pennsylvania.
5. Defendant American Express National Bank is a federally chartered national bank engaged in consumer credit and credit reporting activities and is a "user of consumer reports" within the meaning of the FCRA.

### III. FACTUAL ALLEGATIONS

6. Plaintiff submitted applications for an American Express Gold Card on or about January 19, 2024 and August 5, 2025.
7. Defendant denied Plaintiff's applications.
8. Defendant stated that the adverse decisions were based in whole or in part on information obtained from one or more consumer reporting agencies, including but not limited to TransUnion, Experian, and LexisNexis.
9. Defendant simultaneously asserted that Plaintiff's credit file was "not scored," that a consumer credit score could not be obtained, and that Plaintiff had "insufficient credit."
10. Defendant issued multiple adverse action notices containing inconsistent, vague, and conflicting reasons for denial.
11. Plaintiff disputed the adverse actions and demanded verification and records demonstrating Defendant's compliance with the FCRA.
12. Defendant failed to produce records establishing a permissible purpose for accessing Plaintiff's consumer report or demonstrating the accuracy of its adverse action notices.

## IV. CLAIMS FOR RELIEF

### COUNT I
Violation of the Fair Credit Reporting Act – Impermissible Purpose
(15 U.S.C. § 1681b)

13. Plaintiff realleges paragraphs 1 through 12 as if fully set forth herein.
14. Defendant accessed, used, retained, or relied upon Plaintiff's consumer report without a valid or demonstrable permissible purpose.
15. Defendant's conduct violated 15 U.S.C. § 1681b.

### COUNT II
Violation of the Fair Credit Reporting Act – Defective Adverse Action Notices
(15 U.S.C. § 1681m)

16. Plaintiff realleges paragraphs 1 through 15 as if fully set forth herein.
17. Defendant failed to provide accurate, specific, and truthful reasons for the adverse actions taken against Plaintiff.
18. Defendant's adverse action notices were materially misleading and noncompliant with 15 U.S.C. § 1681m(a).

### COUNT III
Willful and/or Negligent Noncompliance with the FCRA
(15 U.S.C. §§ 1681n & 1681o)

19. Plaintiff realleges paragraphs 1 through 18 as if fully set forth herein.
20. Defendant's violations were willful and/or negligent.
21. Plaintiff is entitled to statutory damages, actual damages, punitive damages, and costs.

V. DAMAGES

22. Plaintiff suffered damages including denial of credit, loss of statutory rights, emotional distress, and time and expense incurred in attempting to correct Defendant's violations.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in favor of Plaintiff;
b. Award statutory damages pursuant to 15 U.S.C. § 1681n;
c. Award actual and punitive damages as permitted by law;
d. Award costs and such other relief as the Court deems just and proper.

VII. NON-JURY TRIAL DESIGNATION

Plaintiff does not demand a trial by jury and respectfully requests that this matter be tried by the Court.

Respectfully submitted

*By Moorefield: Michael-A*
*All Rights Reserved*

Michael Moorefield
Plaintiff, Pro Se

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Michael Moorefield

**DEFENDANTS**
American Express National Bank

**(b)** County of Residence of First Listed Plaintiff: Allegheny County, Pennsylvania
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New York County, New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael Moorefield
305 San Juan Drive Apt 8
Mckeesport Pa 15132

Attorneys *(If Known)*
Unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 U.S.C. § 1331 — Federal Question Jurisdiction
Brief description of cause:
15 U.S.C. § 1681 et seq. — F.C.R.A Impermissible use of consumer reports and defective adverse action notices.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ See Complaint
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 1-21-26
SIGNATURE OF ATTORNEY OF RECORD
By Michael Moorefield, pro se

**FOR OFFICE USE ONLY**
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

Michael Moorefield
305 San Juan Drive, Apt. 8
McKeesport, PA 15133
Plaintiff Pro Se

RECEIVED
SDNY PRO SE OFFICE

2026 JAN 23  AM 11: 02

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

January 19, 2026

Re: Filing of Civil Complaint – Michael Moorefield v. American Express National Bank

Dear Clerk of Court,

Please find enclosed for filing the following documents:

1. Complaint
2. Civil Cover Sheet (JS-44), if required
3. Application to Proceed In Forma Pauperis (if applicable)
4. Issuance of Summons

Kindly file the enclosed documents and assign a civil action number. Upon filing, please issue a summons for the Defendant.

Please return a file-stamped copy of the Complaint for my records.

Thank you for your assistance.

Respectfully,

By Moorfield Michael A
All Rights Reserved

Michael Moorefield
Plaintiff, Pro Se

