UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 10 2026
PRO SE OFFICE

MICHAEL A. MOOREFIELD,                    :

      Plaintiff,                 :

  v.                                       :    Case No. 1:26-cv-00623-UA

AMERICAN EXPRESS NATIONAL BANK,                    :

      Defendant.                 :

## FIRST AMENDED COMPLAINT

Plaintiff Michael A. Moorefield ("Plaintiff"), appearing pro se, for his First Amended Complaint against Defendant American Express National Bank ("Defendant" or "AMEX"), alleges as follows:

### I. JURISDICTION AND VENUE

This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

### II. PARTIES

Plaintiff is a consumer within the meaning of the FCRA.
Defendant American Express National Bank is a furnisher and user of consumer reports within the meaning of the FCRA.

### III. FACTUAL ALLEGATIONS

Plaintiff maintained a credit relationship with the Defendant. Defendant accessed, used, retained, and/or relied upon Plaintiff's consumer report in connection with adverse credit decisions. The Defendant took one or more adverse actions against Plaintiff, including denial, restriction, or termination of credit. Defendant failed to possess or demonstrate a valid permissible purpose for accessing Plaintiff's consumer report. The Defendant issued adverse action notices that failed to provide accurate, specific, and truthful reasons for the adverse actions taken. Defendant's adverse action notices were materially misleading and noncompliant with the requirements of the FCRA. As a result of the Defendant's conduct, the Plaintiff suffered denial of credit, loss of statutory rights, emotional distress, and incurred time and expense attempting to correct Defendant's violations.

### IV. CLAIMS FOR RELIEF

COUNT I
Violation of the Fair Credit Reporting Act – Impermissible Purpose

(15 U.S.C. § 1681b) Plaintiff realleges paragraphs 1 through 12 as if fully set forth herein. Defendant accessed, used, or relied upon Plaintiff's consumer report without a valid permissible purpose. Defendant's conduct violated 15 U.S.C. § 1681b.

COUNT II
Violation of the Fair Credit Reporting Act – Defective Adverse Action Notices
(15 U.S.C. § 1681m)
Plaintiff realleges paragraphs 1 through 15 as if fully set forth herein.
Defendant failed to provide accurate, specific, and truthful reasons for the adverse actions taken against Plaintiff.
Defendant's adverse action notices were materially misleading and violated 15 U.S.C. § 1681m(a).

COUNT III
Willful and/or Negligent Noncompliance with the FCRA
(15 U.S.C. §§ 1681n & 1681o)
Plaintiff realleges paragraphs 1 through 18 as if fully set forth herein.
Defendant's violations of the FCRA were willful and/or negligent.
Plaintiff is entitled to statutory damages, actual damages, punitive damages, and all relief permitted by law.

V. DAMAGES
Plaintiff suffered damages including, but not limited to, denial of credit, loss of statutory rights, emotional distress, and time and expense incurred in attempting to correct Defendant's violations.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:
A. Enter judgment in favor of Plaintiff and against Defendant;
B. Declare that Defendant violated the Fair Credit Reporting Act;
C. Award statutory damages pursuant to 15 U.S.C. § 1681n;
D. Award actual and punitive damages as permitted by law;
E. Order Defendant to correct, delete, or cease reporting any information arising from the unlawful adverse actions at issue;
F. Enjoin Defendant from continuing to rely upon or enforce adverse credit determinations made in violation of the FCRA;
G. Award costs of this action; and
H. Grant such other and further relief as the Court deems just and proper.

VII. NON-JURY TRIAL DESIGNATION
Plaintiff does not demand a trial by jury and respectfully requests that this matter be tried by the Court.

Respectfully submitted,

Michael A. Moorefield
Plaintiff, Pro Se

Michael A. Moorefield
305 San Juan Drive Apt 8
McKeesport AP , 15133

February 10, 2026

Clerk of Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
The Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Moorefield v. American Express National Bank
    Case No. 1:26-cv-00623-UA
    First Amended Complaint

Dear Clerk of Court:

Please find enclosed Plaintiff's First Amended Complaint filed as a matter of course
pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff respectfully requests that the First Amended Complaint be docketed
accordingly and that the original complaint be superseded.

Thank you for your assistance.

Respectfully submitted,

Michael A. Moorefield
Plaintiff, Pro Se



Case 1:26-cv-00623-LTS  Document 5  Filed 02/10/26  Page 4 of 4

# PRIORITY MAIL EXPRESS®

FEB 10 2026

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

PS10001000006

EP13F October 2023
QD: 12 1/2 x 9 1/2

Pro se

## UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®

EI 440 864 703 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )
Michael Marshall
805 Saw Jaw Drive Apt 8
McKeesport PA 15132

### DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases Return Receipt service; OR 4) Purchases COD service; OR 4) mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )
US District Court
Southern District New York
500 Pearl Street
New York, NY
ZIP + 4® (U.S. ADDRESSES ONLY)
zip 10007

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⇦ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
|  | 020675-1992 |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10007 | 1-7-26 | $ 0 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 1-6-26 | ☐ 6:00 PM | $ 0 | 0 |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 11:11 ☑ AM ☐ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ 0 | $ | |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs.    ozs. | | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

PAPER

UNITED STATES POSTAL SERVICE